# Lindsay Hola

| | |
|---|---|
| From: | Rik <rik.charred@gmail.com> |
| Sent: | Friday, June 2, 2023 1:55 PM |
| To: | UTDecf Parrish |
| Subject: | Fairbanks trial |

**CAUTION - EXTERNAL:**

Judge Parrish,

My name is Richard Fairbanks, and I am nephew to Thomas Fairbanks. I heard it is around time for my uncle to be sentenced for his crimes and wanted to ask you to please not be lenient with him. Not only has he defrauded these people, but he also cheated his sister Kathy out of her equity in her family home after her husband Larry died and then similarly took advantage of my grandmother, his mother, after my grandfather died.

I am deeply disgusted by him and, given his obvious unrepentant attitude, has failed to earn any mercy from the court.

Thank you for your time.

Rik Fairbanks

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

# Lindsay Hola

**From:** Bryan Phillips <bryanmphillips@hotmail.com>
**Sent:** Thursday, May 25, 2023 11:22 AM
**To:** UTDecf Parrish
**Subject:** Thomas Fairbanks case#1:19-cr-00114-JNP-DAO

CAUTION - EXTERNAL:

To the Honorable Judge Parrish,
Regarding Defendant having been rehabilitated....his most recent filing of Habeas Corpus certainly shows what respect he has for the law....NOT!!! Please don't allow him to get out of jail and influence someone again with his nonsense...if he hasn't already fled. Throw the book at him to the maximum extent that you are allowed to by law. Even that will not reflect justice. It is obvious he is NOT penitent! If he served the rest of his life in jail justice would still not be served, but, at least his ability to take advantage of others in society would be limited. He is a wolf among sheep.
Sincerely Bryan & Nancy Phillips
Just two more of what are surely uncounted victims of his.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.