


# Community Support Foundation
## Community Health Advocates

July 25, 2023

**Affidavit/Witness: Be warned. The cries of the innocent call out unto heaven.**

**Enough is Enough**

For the last 7½ weeks military asset Tom Fairbanks and Community Health Advocate with the Community Support Foundation has remained in military protection following his filing of an Emergency Application for Pretrial Habeas Corpus and Motion for Mistrial with the Military Judge Advocate General (JAG), which effectively resulted in a Criminal Complaint against those who have attempted to prosecute and incarcerate Fairbanks for a manufactured crime.

The Surprise Filing revealed to the Court that Fairbanks was, in fact, **Actively Participating with the Intelligence Support Activity (ISA)** and that Fairbanks was actually **Operating Undercover Exposing Satanic Ritual Abuse (SRA)** and **Documenting the Crimes Against Humanity** in the Criminal Case brought against Fairbanks.

<u>It is quite an ironic coincidence that this is playing out at the same time the nation is being exposed to the horrors of pedophilia, child sexual assault and human trafficking through the release of the box office hit, Sound of Freedom.</u>

Recently an acquaintance of Fairbanks asked his Federally Licensed Attorney to obtain certified copies of Fairbanks' court docket and arrest warrant to assist his client's documentation of the Criminal Case brought against Fairbanks.

> A docket is defined by the Administrative Office of the U.S. Courts as a "log containing the complete history of each case in the form of brief chronological entries summarizing the court proceedings." Every case is assigned a unique docket number, which researchers can use to find information such as the names of the parties, dates of appearances before the court, and a brief summary of the claims or charges. A docket is also useful for identifying court filings—the underlying documents (pleadings, motions, briefs, etc.) filed in a case. Although dockets and court filings are not considered "case law" and do not have precedential value, the information contained in these resources can sometimes help researchers better understand why a court issued a particular decision or opinion. https://guides.loc.gov/case-law/dockets-court-filings

However, when the attorney attempted to obtain copies of those documents, the attorney was informed that they were not available to copy because they are not public records. The attorney

PO Box 139 • Logan, Utah 84323 • (385) 467-3315

was puzzled by the claim that the docket was not public record when all of the original filings were considered to be public records. It just didn't make any sense. <u>The attorney also reported that he was startled to see that Fairbanks court docket was approximately 150 page long, which the attorney noted appeared to be excessively abnormal and made the attorney wonder what was the court hiding by claiming that the docket was not a public record?</u>

However, searching the actual court filings further, the attorney was shocked at the striking absence of Fairbanks' Emergency Application for Pretrial Habeas Corpus and Motion for Mistrial submitted on May 19, 2023. You can see the original filing at the following link: <u>http://www.cedarhillscitizens.org/cache-cah-county-utah-corruption-satanic-ritual-abuse-human-trafficking/</u>

The attorney did obtain a copy of the last filing submitted by the prosecution, which was delivered to his client and then provided to Fairbanks.

The docket revealed Document #157 that was filed on June 15, 2023 (23 days following by the Judge's unlawful ignoring of Fairbanks' Emergency Appeal in which the prosecutor states:

> *"Here, Fairbanks failed to appear for his sentencing hearing despite his requirement to attend, thus obstructing justice. Local and federal law enforcement officers have gone to his home and his work and continue to attempt to find and apprehend him but despite expending time, energy, and taxpayer dollars, to date, he has not been located... Because he made no indication that he was prevented from attending, <u>because he filed a bizarre motion to the Court protesting the Court's jurisdiction to enter the sentence the night before the scheduled sentencing hearing</u>, and because he did not respond to his attorney's communications during the hearing, there is a preponderance of evidence that his absence was intentional."*

Herein the prosecutor admits that Fairbanks did in fact file a "bizarre" motion before the court challenging the court's jurisdiction. What she refused to admit was Fairbanks actually filed an emergency appeal for an Application of Pretrial Habeas Corpus and Motion for Mistrial suspending the sentencing hearing. The filing was officially filed five (5) days before the scheduled sentencing hearing, with proper notices to both the prosecution and Fairbanks' public defenders, NOT the alleged "night before the scheduled sentencing hearing."

On June 1, 2023, following the abusive intrusion of "local and federal law enforcement officers," who went to Fairbanks' home and threatened his wife with arrest; Fairbanks filed an Emergency Appeal with the Military Judge Advocate General (JAG) for protection. Everyone was notified (local and federal law enforcement officers etc.) that Fairbanks was in military protection.

A neighbor of Fairbanks was allegedly interviewed by the FBI and was told that Fairbanks had gone into hiding after failing to appear at his sentencing hearing. Fairbanks also notified his religious leaders of his situation, informing them that Fairbanks was in military protection.

On June 22, 2023 Fairbanks was contacted by his Stake President (a position similar to that of an Archdiocese in the Catholic Church) asking Fairbanks to disclose his whereabouts and suggested that Fairbanks may need to have a membership council held on his behalf. <u>Fairbanks knew that this was NOT an idle threat!</u>

Following several email communications between his Stake President and Fairbanks, the Stake President asked, "Have you gone through the process of appealing this?" Fairbanks responded with; "I was found guilty by a tampered jury. The conviction only comes after sentencing, which has not taken place. Your question about the appeals process is most interesting because that is what was supposed to happen with my last filing, which the judge ignored and then declared war against me by threatening me with a warrant for my arrest. The appeal was made to the Supreme Court of the United States (SCOTUS), but when the judge issued the warrant for arrest, the appeal was made directly to JAG (Judge Advocate General) the Military. AND thus the military protection. So, to be more specific - I Am Still In The Process Of Appeal! AND thus the need for a disciplinary council is premature."

The Stake President responded with, "When is the sentencing for this? I can understand your frustration, they might sentence you then throw the key away but running is not the right answer." Fairbanks' response was, "As for when there will be a sentencing hearing? I haven't got a clue. Hopefully NEVER! - I have heard that the Judge in my case may have disappeared as well, but I have no personal way of verifying that either. I am not sure what it is that has been said in our conversations to make You Think I Am Running Away Because I Am NOT! I am in military protection to make sure that I do not end up DEAD! – Dead informants do not have much value in the long run and I have already been poisoned twice. Surveillance photos of me and some of my associates were also found in the apartment belonging to one of the would-be assassins connected to Ray Epps.

"So, my military protection is to ensure that I remain alive and continue with my military intelligence efforts. I have remained active, while in protection, in my military intelligence efforts. A Criminal Referral was filed with JAG against SCOTUS for Misprision of Treason and Treason for violating their Oaths of Office. Another Criminal Referral was filed with JAG against the Judge, prosecutors, St. Luke's Medical Center and all of the others who have attempted to falsely accuse and incarcerate Ammon Bundy and Diego Rodriguez for preventing a criminal child abduction by CPS in the State of Idaho. It was most interesting that the judge recused herself from the case just after the Criminal Referral was filed. I have also remained active in the investigation into Ray Epps, the federal plant who is self-described as orchestrating the riot at the Capitol on January 6, 2021, and whom now is in the news with reports stating that he is going to be arrested and charged for his involvement in the January 6th Capitol Riot. This action alone will probably bring about the release of the almost 1,000 patriots who have been rotting unlawfully in the Washington DC jail. –

"Trust me when I say I am honored to be a part of these operations and grateful to know that the military has my back. I feel for your concern that I am running away, but be assured I am NOT! I sincerely hope and trust that you and the Church will not be brought into this situation. The only way I could possibly attend a disciplinary council would be under a fully armed military guard to protect me against any attempt to abduct me from military jurisdiction and unlawfully subject me to the intents of the DOJ. I don't believe the military, or the general public, would look upon such an attempt favorably and news of this kind of thing would certainly find its way into the nightly news, just as Ray Epps is now discovering. I am happy to remain in contact with you until this challenge has ended, but I will remain comfortably in military protection until this is over. Faithfully yours."

On July 18, 2023 Fairbanks' military liaison and a witness met with Fairbanks' Stake President. After showing the Stake President his credentials and confirming that Fairbanks was in military protection, the Stake President asked the military liaison if he knew where Fairbanks was located. The military liaison replied that he did not know and that the reason Fairbanks was in military protection was, if Fairbanks was available in Cache Valley, Fairbanks' opposition would surely kill him! The military liaison repeatedly told the Stake President that he personally knew Byrna Dustin, one of the alleged victims of Fairbanks, and that she had told him personally that she was not defrauded, and did not believe Fairbanks had defrauded her out of $500,000. He also stated that he had seen Byrna Dustin's affidavit declaring the same things that she had personally told him. He then informed the Stake President that he had a compromising and immoral video of the other claimed victim who is behind Fairbanks' indictment and who's original $5,500 small claim action had been denied. (The video shows that specific "claimed" victim in acts that rival David Hamblin's daughters' victim witness statements) When asked if the Stake President wanted to see the video, he adamantly said, NO! The Stake President then argued that Church protocol was requiring Fairbanks to be subject to a disciplinary council suggesting that <u>Fairbanks' membership in the church holds greater importance than Fairbanks' life and safety</u>.

It is a sad realization that pressure is being put upon Fairbanks' presiding religious leader in an attempt to force Fairbanks to remove himself from the protection of the military and submit himself to the unlawful jurisdiction of the church and DOJ, where the likelihood of Fairbanks' demise is most certainly assured. One can only wonder why the church would put themselves in this kind of position in an unresolved civil/criminal matter? So, Fairbanks waits for the invitation to attend a disciplinary council, which Fairbanks cannot attend without a fully armed military guard for his protection. *Where there is smoke, there is fire!*

Fairbanks has been questioned about his use of inflammatory statements, but the words used in his filings and reports are not meant to be inflammatory, but rather are the lawful and legal wording declared in law.

> **"Any judge (or officer of the court) who does not comply with his/her oath to the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge (or officer of the court) is engaged in acts of treason."** Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)
>
> **18 U.S. Code § 2381 – Treason – Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding office under the United States.**

While there are those who are offended by what Fairbanks has declared, their reaction clearly illustrates that the guilty taketh the truth to be hard, for it cutteth them to the very center. (1 Nephi 16:2) This is why so much effort has been expended to silence, discredit, and destroy Fairbanks and his efforts to reveal the hidden things of darkness.

[Baby Saved; Delta Force Arrest 48 Satanic Perps Including Judge, Sheriff, While AG Sets Sheriff Free & Charges Whistleblower Who Set Up Sting Operation | Crime All-Stars | Before It's News (beforeitsnews.com)](#)

Affidavit/Witness: Be warned. The cries of the innocent call out unto heaven.    Page 4

CIA Funds Child Sex Trafficking Cult Run Out of the Vatican | Politics | Before It's News (beforeitsnews.com)

The Lord has declared that law of the land which is constitutional, supporting that principle of freedom in maintaining rights and privileges, belongs to all mankind, and is justifiable before God. The Lord will justify us when we befriend that law which is the constitutional law of the land; but as pertaining to the law of man, whatsoever is more or less than this, cometh of evil. The "constitutional" law makes us free, but when the wicked rule the people mourn.

As a nation, and as a people, we have learned from sad experience that it is the nature and disposition of almost all men, as soon as they get a little authority, they will immediately begin to exercise unrighteous dominion. Because their hearts are set so much upon the things of this world, and aspire to the honors of men, they do not learn this one lesson — That the rights to authority are inseparably connected with the powers of heaven, and that these powers of heaven cannot be controlled except by principles of righteousness.

Power and authority may be conferred upon us, it is true; but when we undertake to cover our sins, or to gratify our pride, our vain ambition, or to exercise control or dominion or compulsion over the souls of men, in any degree of unrighteousness, the Spirit of the Lord is grieved and their power and authority is withdrawn from them; and they are left to kick against the pricks, to persecute the people, and to fight against God.

Be warned. The cries of the innocent call out unto heaven bringing upon us the Blood and Sins of this Generation along with the Desolation of Abomination, while those pretending to preside shield themselves in the robes of authority. God will not be mocked and their crimes shall be shown abroad in the land and none shall escape the terror of the Lord.

This is my testimony of all of these things and though my life may pass away, these words will not pass away but shall all be fulfilled. I am not suicidal and I currently remain in military protection, but I stand ready to face come what may, as God is my witness.

:Thomas-Hanson;.Fairbanks:
Intelligence Support Activity (ISA)
Community Health Advocate
Community Support Foundation



## Certificate of Service

The undersigned hereby certifies that true and correct copies of the above and foregoing document was mailed by United States Mail, first class postage pre-paid as follows:

Judge Jill N. Parrish
United States District Court District of Utah
Orin G. Hatch United States Courthouse
351 S West Temple Room 1.100
Salt Lake City, Utah 84101

Mr. John W. Huber Former United States Attorney
Ms. Ruth Hackford-Peer Assistant United States Attorney
Mr. Kevin L. Sundwall Assistant United States Attorney, et. al
Attorneys for the United States
111 South Main Street Suite 1800
Salt Lake City, Utah 84111

Mr. Spencer Rice et. al
Federal Public Defenders
44 W Broadway Suite 110
Salt Lake City, Utah 84101

President Bryce D. Bosworth
475 W 100 North
Logan, Utah 84321

Elder Michael J. Hess
c/o Hess Pumice Products
100 Hess Drive
Malad, Idaho 83252

First Presidency of the Church of Jesus Christ of Latter-day Saints
150 E North Temple
Salt Lake City, Utah 84150

LDS Church
c/o Kirton & McConkie
50 E South Temple Suite 400
Salt Lake City, Utah 84111

_____
:Thomas-Hanson;.Fairbanks:

Affidavit/Witness: Be warned. The cries of the innocent call out unto heaven.